NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DOWNHOLE PIPE & EQUIPMENT, L.P. and DP-MASTER MANUFACTURING CO., LTD.,**
*Plaintiffs – Appellants,*

v.

**UNITED STATES, VAM DRILLING USA, TEXAS STEEL CONVERSIONS, ROTARY DRILLING TOOLS, TMK IPSCO, and UNITED STATES STEEL CORPORATION,**
*Defendants – Appellees.*

---

14-1225

---

Appeal from the United States Court of International Trade in No. 11-00081, Senior Judge Nicholas Tsoucalas.

---

ON MOTION

O R D E R

Upon consideration of Appellees VAM Drilling USA, Texas Steel Conversions, Rotary Drilling Tools, and TMK

IPSCO's unopposed motion to extend time to file their principal brief until June 16, 2014,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

April 17, 2014                /s/ Daniel E. O'Toole
                              Daniel E. O'Toole
                              Clerk of Court


cc: John W. Bohn
Mikki Cottet
Jeffrey D. Gerrish
Nathaniel J. Halvorson
James C. Hecht
Mark B. Lehnardt
Robert E. Lighthizer
Roger Brian Schagrin
Ellen J. Schneider