UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

| | |
|---|---|
| DOWNHOLE PIPE & EQUIPMENT, L.P., and DP-MASTER MANUFACTURING CO., LTD., | ) ) ) |
| Plaintiffs-Appellants, | ) ) |
| v. | ) No. 2014-1225 ) |
| UNITED STATES, | ) ) |
| Defendant-Appellee, | ) ) |
| and | ) ) |
| VAM DRILLING USA, TEXAS STEEL CONVERSIONS, INC., ROTARY DRILLING TOOLS, TMK IPSCO, and U.S. STEEL CORP., | ) ) ) ) ) |
| Defendant-Appellees. | ) ) |

NOTICE OF CORRECTION
TO BRIEF FOR DEFENDANT-APPELLEE, THE UNITED STATES

The United States, defendant-appellee, pursuant to Rules 25, 26, and 27, Fed. R. App. P., and Rules 25, 26, and 27 of the Rules of this Court, respectfully requests that the "Corrected Brief for Defendant-Appellee, the United States," Brief Docket No. [31], be substituted for the "Brief for Defendant-Appellee, the United States" filed on June 16, 2014, Brief Docket No. [30]. The corrected brief was filed on June 16, 2014.

Due to electronic filing difficulties, the signature page (p.44) of the brief, the certificate of compliance with Federal Rule of Appellate Procedure 32(a)(7)(B)(i), and the certificate of service were not included in the brief originally filed with the Court. The corrected brief includes the missing page and certificates, and no other changes were made to the brief originally filed with Court.

For these reasons, defendant-appellee respectfully requests that its corrected brief be substituted for the original brief filed.

        Respectfully submitted,

        STUART F. DELERY
        Assistant Attorney General

        JEANNE E. DAVIDSON
        Director

        /s/ Claudia Burke
        CLAUDIA BURKE
        Assistant Director

        /s/ Mikki Cottet
        MIKKI COTTET
        Senior Trial Counsel
        U.S. Department of Justice
        Civil Division, Commercial Litigation Branch
        Classification Unit, 8th Floor
        PO Box 480, Ben Franklin Station
        Washington, DC 20044
        Telephone: (202) 307-0962
        Facsimile: (202) 514-7965

June 18, 2014        Attorneys for Defendant-Appellee, United States

# CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 18th day of June, 2014, a copy of the foregoing Notice of Correction to Brief

\_\_\_X\_ was filed electronically.

\_\_\_X\_ This filing was served electronically to all parties by operation of the Court's electronic filing system.

\_\_\_\_ A copy of this filing was served via:

    \_\_\_\_ hand delivery

    \_\_\_\_ mail

    \_\_\_\_ third-party commercial carrier for delivery within 3 days

    \_\_\_\_ electronic means, with the written consent of the party being served

To the following address:

/s/ Mikki Cottet